UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
                                                                        :
VIJAY JAIN,                                               :
                             Plaintiff,              :
                                                          :          20-CV-5442 (JMF)
                        -v-                                          :
                                                          :                <u>ORDER</u>
CITY OF NEW YORK et al.,                         :
                                         Defendants.   :
                                                          :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       In light of the State Defendants' new motion to dismiss, *see* ECF No. 25, the State Defendants' earlier motion to dismiss filed at ECF No. 10 is hereby DENIED as moot. Plaintiff's opposition to the new motion to dismiss is due by **March 22, 2021**. The State Defendants' reply, if any, is due by **March 29, 2021**. At the time any reply is served, the moving party shall supply the Court with one, double-sided courtesy hard copy of all motion papers by mailing or delivering them to the United States Courthouse, 40 Centre Street, New York, New York.

       The Clerk of Court is directed to terminate ECF No. 10.

       SO ORDERED.

Dated: March 8, 2021
       New York, New York                            JESSE M. FURMAN
                                                    United States District Judge