UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
      :
VIJAY JAIN,      :
                      Plaintiff,    :
      :            20-CV-5442 (JMF)
        -v-      :
      :            ORDER
CITY OF NEW YORK et al.,      :
                  Defendants.   :
      :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      In light of the State Defendants' pending motion to dismiss, ECF No. 25, the initial pretrial conference currently scheduled for April 21, 2021, *see* ECF No. 3, is **ADJOURNED sine die**.  Counsel for Plaintiff and for Defendant the City of New York are directed to confer regarding the status of Plaintiffs' claims against the City Defendants in light of both the Section 1983 Plan and the State Defendants' pending motion to dismiss.  These parties shall file a joint status letter on ECF **no later than March 19, 2021**.  Among other relevant topics, the letter should address whether and how Defendants the New York City Police Department and Detective Tamara Williams have been served and should propose appropriate next steps in this litigation with respect to Plaintiff's claims against the City Defendants.

      SO ORDERED.

Dated: March 9, 2021
      New York, New York                             JESSE M. FURMAN
                                                        United States District Judge